FRANCES B. GRAY v. PROPERTIES DEVELOPING CORPORATION and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE RICCI and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS MCCARTHY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN DIAMOND.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS JONES.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRED PATNANDE.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAGGIE BARISI.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES K. MARTIN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CLEMENTE DE MACCHI v. JUAN B. DELGADO.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHANNA TANENBAUM v. WUSK MIRROR MANUFACTURING Co., INC., and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COURT PRESS, INC., v. ALLEN CARUTHERS and Another, Interpleaded, and ALLEN CARUTHERS, Appellant.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISRAEL BROWN and Another v. STERLING DIAMOND & WATCH Co., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPHINE LICHIRIE v. ROBERT E. NUESE, JR.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COOPER IRON WORKS, INC., v. HARRY D. MENCHER, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISIDORE KLEIN, INC., v. FRED SCHOEN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GRACE E. BACHER v. RIDGELEY T. BACHER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN KENNEDY and Another v. JAMES BUTLER, INC.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.